**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FARLEY THOMAS III,

Plaintiff

v.

TRANSUNION CORP. and TRANS UNION LLC,

Defendants

Case No.: 2:25-cv-01943-APG-MDC

**Order Accepting Report and Recommendation**

[ECF No. 11]

On September 29, 2026, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Farley Thomas III did not pay the filing fee or submit the long form in forma pauperis application as directed. ECF No. 11. Thomas did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's recommendation **(ECF No. 11) is accepted** and plaintiff Farley Thomas III's complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE